UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MARYELLEN FAEHNER, on behalf of herself and
all others similarly situated,

                Plaintiff,

                                        JUDGMENT
                                        20-CV-1562 (RRM) (VMS)

        -against-

WEBCOLLEX, LLC, d/b/a CKS FINANCIAL,

                Defendant.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Roslyn R. Mauskopf, United States District Judge, having been filed on June 22, 2021, granting Webcollex's motion to dismiss; it is

        ORDERED and ADJUDGED that Webcollex's motion to dismiss is granted; and that judgment is hereby entered in favor of Webcollex.

Dated: Brooklyn, NY                                                   Douglas C. Palmer
         June 23, 2021                                                  Clerk of Court

                                                                     By: */s/Jalitza Poveda*
                                                                          Deputy Clerk