Clerk's Office
Filed Date: 6/17/22

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARYELLEN FAEHNER,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　　　-v-<br><br>**WEBCOLLEX, LLC**<br><br>　　　　　　　　**Defendant.** | **Civil Case Number: 1:20-cv-01562-MKB-VMS**<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant **WEBCOLLEX, LLC**, in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in the action.

Dated:　　　　June 15, 2022

| | |
|---|---|
| /s/ Ari Marcus | /s/ Kasey Mahoney |
| Ari Marcus, Esq. | Kasey Theresa Mahoney, Esq. |
| Marcus & Zelman, LLC | Gordon & Rees, LLP |
| 701 Cookman Avenue, Suite 300 | One Batter Park Plaza, 28th Floor |
| Asbury Park, NJ 07712 | New York, NY 10004 |
| Tel: (732) 695-3282 | Tel: (212) 453-0740 |
| Email: Ari@marcuszelman.com | Email: kmahoney@grsm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:
s/ MKB 6/16/2022

_____
MARGO K. BRODIE
United States District Judge